[No. 18268-1-III.    Division Three.    May 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. HEATHER
MARIE RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 98-1-00248-7, Evan E. Sperline, J., entered
January 25, 1999. *Affirmed* by unpublished opinion per
Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 23229-4-II.    Division Two.    May 5, 2000.]

JAMES CARTER, JR., *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 98-1-00064-7, Wm. Thomas McPhee, J.,
entered April 16, 1998. *Affirmed* by unpublished opinion
per Armstrong, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 23863-2-II.    Division Two.    May 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
THEODORE HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 97-1-01853-6, Edwin L. Poyfair, J., entered
September 29, 1998. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Houghton and Bridgewater, JJ.

[No. 24012-2-II.    Division Two.    May 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALLEN
TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-1-01602-9, Brian M. Tollefson, J., entered
November 5, 1998. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Houghton and Bridgewater, JJ.